**Order entered February 24, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01413-CR

### ERIK JAMAL JACKSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F11-63319-H**

## ORDER

The Court **GRANTS** appellant's February 20, 2014 motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within THIRTY (30) DAYS from the date of this order.

/s/    LANA MYERS
JUSTICE